IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

**MADELEINE BUKASA,**
*Individually, and on behalf of herself
and others similarly situated,*

Plaintiff,

v.

**NATIONAL PEN TENNESSEE, LLC**
and **NATIONAL PEN CO., LLC**

Defendants.

No. 4:19-cv-00024-PLR-SKL
**FLSA Collective Action**
**JURY DEMANDED**

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

The Parties filed a Joint Motion for Approval of Settlement and Entry of Order of Dismissal With Prejudice on November 22, 2019, requesting Court approval of a settlement of the claims of Plaintiff and Opt-in Plaintiffs (collectively "Plaintiffs") filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq.

In this case, a bona-fide dispute existed as to whether Plaintiffs were properly compensated. The negotiations that resulted in a settlement were held at arms' length with all parties being represented by experienced and reputable counsel. The Court concludes that the proposed settlement is a fair and reasonable compromise of a bona-fide dispute.

Five factors guide the Court's analysis: the risk of fraud or collusion; the complexity, expense, and likely length of the suit; the amount of discovery the parties have undertaken; the likelihood of success on the merits; and the public interest. *Int'l Union v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007). The Court has reviewed the Settlement Agreement and Release; and

the parties' joint motion. Based on these filings, the Court finds under the five factors that the settlement between the parties is a fair and reasonable resolution of the parties' bona fide dispute.

The parties' motion is **GRANTED**, and the settlement agreement is **APPROVED** and this suit is **DISMISSED with prejudice** except, per the settlement agreement, the Court retains jurisdiction to enforce the settlement agreement's terms.

**IT IS SO ORDERED** this 11th day of December, 2019.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**